ROPERS, MAJESKI, KOHN & BENTLEY
GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
201 Spear Street, Suite 1000
San Francisco, California 94105-1667
Telephone:    (415) 543-4800; Facsimile:    (415) 972-6301
Email: gweickhardt@rmkb.com; wkrog@rmkb.com

Of Counsel:
LEANN PEDERSEN POPE
VICTORIA COLLADO
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:    (312) 840-7000; Facsimile:    (312) 840-7900
Email: lpope@burkelaw.com; vcollado@burkelaw.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. FRANK and MARIA I. FRANK, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, HENDERSON, NEVADA; JPMORGAN CHASE BANK, N.A.; and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.  09-CV-03408 WBS GGH<br><br>**ORDER RE DEFENDANT JPMORGAN CHASE BANK, N.A.'S UNOPPOSED APPLICATION FOR A SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |

The Court having considered Defendant JPMorgan Chase Bank, N.A.'s Unopposed

Application for a Second Extension of Time to Answer or Otherwise Respond to Plaintiff's

Complaint,

///

///

///

RC1/5530116.1/AB7                                                                                                    **[PROPOSED] ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant JPMorgan Chase Bank, N.A. shall have up to and including April 6, 2010, in which to answer or otherwise respond to Plaintiffs' complaint.

Dated: March 17, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE