1  ROPERS, MAJESKI, KOHN & BENTLEY
   GEORGE G. WEICKHARDT (SBN 58586)
2  WENDY C. KROG (SBN 257010)
   201 Spear Street, Suite 1000
3  San Francisco, California  94105-1667
   Telephone:     (415) 543-4800
4  Facsimile:     (415) 972-6301
   Email: gweickhardt@rmkb.com
5         wkrog@rmkb.com

6  LEANN PEDERSEN POPE
   VICTORIA R. COLLADO
7  MICHAEL G. SALEMI
   BURKE, WARREN, MACKAY & SERRITELLA, P.C.
8  330 North Wabash Avenue, 22nd Floor
   Chicago, Illinois  60611-3607
9  Telephone:     (312) 840-7000
   Facsimile:     (312) 840-7900
10 Email: lpope@burkelaw.com
          vcollado@burkelaw.com
11        msalemi@burkelaw.com
   Admitted *pro hac vice*
12
   Attorneys for Defendant
13 JPMORGAN CHASE BANK, N.A.

14
UNITED STATES DISTRICT COURT

15
EASTERN DISTRICT OF CALIFORNIA

| 16 | ROBERT M. FRANK and MARIA I. FRANK, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, HENDERSON, NEVADA; JPMORGAN CHASE BANK, N.A.; and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.  2:09-cv-03408-WBS-GGH<br><br>**ORDER GRANTING PLAINTIFFS' AND JPMORGAN CHASE BANK, N.A.'S JOINT STIPULATION SEEKING A STAY OF ALL PROCEEDINGS PENDING A DECISION FROM THE MDL PANEL**<br><br>Judge William B. Shubb |
|---|---|---|

**ORDER**

WHEREAS, on April 6, 2010, Plaintiffs Robert and Maria Frank and Defendant JPMorgan Chase Bank, N.A. agreed and stipulated, pending approval by the Court, to stay all proceedings in the above-captioned case, including any further briefing and/or hearings on

Defendant's motion to dismiss, until after the Judicial Panel on Multidistrict Litigation issues a decision on the pending motion to transfer and consolidate this Action with the numerous other related actions that are the subject of the MDL Motion;

WHEREAS, it would be more efficient and orderly, and would conserve the limited resources of the Court and the parties, if the Court stays all proceedings in this case until after the MDL Panel issues a decision on the pending MDL motions for transfer and consolidation concerning this action;

IT IS ORDERED that all proceedings in this case are stayed, pending the decision of the MDL Panel concerning the MDL Motion, or until July 2, 2010 if the MDL Panel does not rule on the MDL Motion. **The Scheduling Conference is continued to July 26, 2010 at 2:00 p.m.** Defendant's motion to dismiss, set for hearing on April 26, 2010 is hereby DENIED WITHOUT PREJUDICE to its being renewed after the MDL Panel makes a determination whether to transfer and consolidate this action.

Dated: April 7, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE